Cathy L. Granger (SBN 156453)
clgranger@wolfewyman.com
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300
Irvine, California 92612-7531
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendant
ONEMAIN FINANCIAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE RAYLYNN WILSON,<br><br>Plaintiff,<br><br>v.<br><br>ONEMAIN FINANCIAL, INC.; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No. CV13-08749-SH<br><br>**NOTICE OF SETTLEMENT**<br><br>**(L.R. 16-15.7)**<br><br>Hon. Stephen J. Hillman |

**TO THE COURT:**

Pursuant to Local Rule 16-15.7, Defendant OneMain Financial, Inc. hereby advises the Court that the parties have reached a settlement agreement. OneMain requests that the parties be allowed a period of 30 days to finalize the associated documents and file a dismissal.

DATED: January 14, 2014          WOLFE & WYMAN LLP


By: ___/s/ Cathy l. Granger_____
     CATHY L. GRANGER
Attorneys for Defendant
**ONEMAIN FINANCIAL, INC.**

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF ORANGE        )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612-7531.

On January 14, 2014, I served the document(s) described as **NOTICE OF SETTLEMENT** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☐ **BY MAIL**: as follows:

　☐ **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☐ **BY EXPRESS MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at Irvine, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

☒ **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒ **FEDERAL**   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on January 14, 2014, at Irvine, California.

_____
Theresa Fontes

1552837.1

# SERVICE LIST
### Central District Court, Case No.: CV13-8749 SH
### WILSON v. ONEMAIN FINANCIAL, INC.
### W&W File No. 1133-1303

Agnes Martin, Esq.  
MARTIN LAW GROUP  
3500 W. Olive Avenue, Suite 300  
Burbank, CA 91505

Attorney for Plaintiff

Tel: (800) 910-4859  
Fax: (800) 910-4859  
Email: agnes@martinlawgrp.com

