1  Agnes O. Martin, Esq. (SBN 217074)
   Martin Law Group
2  3500 W. Olive Avenue, Suite 300
   Burbank, CA 91505
3  Telephone & Fax: (800) 910-4859
   agnes@martinlawgrp.com
4  Attorneys for Plaintiff, Kellie Wilson

5

6              UNITED STATES DISTRICT COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8

9  KELLIE RAYLYNN WILSON,           ) Case No.: 2:13-cv-08749-SH
                                    )
10            Plaintiff,            )
                                    ) **STIPULATION OF DISMISSAL OF**
11 vs.                              ) **ONEMAIN FINANCIAL, INC.**
                                    )
12                                  )
   ONEMAIN FINANCIAL, INC.; and     )
13 DOES 1 to 10, inclusive,         )
                                    ) Complaint Filed:  November 26, 2013
14            Defendant(s).         )
                                    )
15                                  )
                                    )
16                                  )
                                    )
17 _____ )

18

19

20

21

22

23

24

25

26

27

28

– 1 –
STIPULATION OF DISMISSAL OF ONEMAIN FINANCIAL, INC.

IT IS HEREBY STIPULATED AND AGREED, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff Kellie Wilson, and Defendant OneMain Financial, Inc., as follows:

1. The above captioned action was commenced on: November 26, 2013.

2. The above captioned action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. The parties hereby stipulate and respectfully request that the Court dismiss Plaintiff's Complaint in the above captioned action in its entirety, with prejudice, and Defendant OneMain Financial, Inc. be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

**SO STIPULATED:**

DATED: February 20, 2014    WOLFE & WYMAN LLP

By  /s/ *Cathy L. Granger*
Cathy L. Granger
*Attorneys for Defendant*
OneMain Financial, Inc.

DATED: February 20, 2014    Martin Law Group

By:  /s/ *Agnes O. Martin*
Agnes O. Martin
*Attorneys for Plaintiff*
Kellie Wilson