1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE RAYLYNN WILSON,<br>Plaintiff,<br><br>vs.<br><br>ONEMAIN FINANCIAL, INC.; and DOES 1 to 10, inclusive,<br><br>Defendant(s). | Case No.: 2:13-cv-08749-SH<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>Complaint Filed: November 26, 2013 |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation of Dismissal of OneMain Financial, Inc. filed by Plaintiff Kellie Wilson and Defendant OneMain Financial, Inc., and for good cause showing, Plaintiff's Complaint in the above captioned action is dismissed in its entirety, with prejudice, and Defendant OneMain Financial Inc. is dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: 2/28/14

_____
Honorable Stephen J. Hillman

[PROPOSED] ORDER OF DISMISSAL